# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

Jane Dunbar

V.

City of Sheridan, Wyoming, Officer Amanda Fischer and Officer Alexander Murray, in their individual capacities

Case Number: 1:24-cv-00213

## PRAECIPE

TO THE CLERK OF THIS SAID COURT:

Please issue a __Summons__

in the above-entitled cause for:

__service upon Defendant City of Sheridan, Wyoming__

_[signature]_

Attorney for Plaintiff

10/30/2024
Date